USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHAWN DAWSON, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

HIGHER PICTURES LLC,

    Defendant.

Case No. 1:19-cv-00436-LGS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
          May 22, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Debra Bodian Bernstein, Esq.
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
DBernstein@tarterkrinsky.com
*Attorneys for Defendant*

So Ordered.

Dated: May 23, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**